IN THE SUPREME COURT OF TEXAS

 No. 11-0084

 IN RE ASTEC UNDERGROUND, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Real parties in interest's unopposed motion for partial lift of
stay, filed October 24, 2011, is granted. The stay order issued February
7, 2011, staying all trial court proceedings in Cause No. C-2034-08-A,
styled Cynthia Cantu-Sapien, Individually and as Representative of the
Estate of Angel Sapien, Deceased, and as next friend of Alyssa Anne Sapien
and Angel Sapien, Jr., Minors, and Amanda Maria Sapien, Jacob Sapien, and
Sundie Sapien, All Individually v. Juan Mendoza Corporationd/b/a JM
Construction, Gabriel Carrillo d/b/a Cage Utility Group; Astec Underground,
Inc., Both Individually and d/b/a Astec and Astec Industries; Doggett Heavy
Machinery Services, Ltd. and Doggett Heavy Machinery Services LLC, in the
92nd District Court of Hidalgo County, Texas, is lifted in part only to
allow the trial court to conduct a hearing to approve the parties'
tentative settlement agreement. This Court's stay issued February 7, 2011,
otherwise remains in full force and effect..
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 28, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk